ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
RAYMOND T. CHEUNG, SBN 176086 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (415) 522-3157
Fax No. (415) 522-3425
raymond.cheung@eeoc.gov

*Attorneys for Plaintiff EEOC*

JOSHUA KIENITZ, Bar No. 244903
JKienitz@littler.com
ELISA NADEAU, Bar No. 199000
ENadeau@littler.com
ELIZABETH STONHAUS, Bar No. 286615
EStonhaus@littler.com
LITTLER MENDELSON. P.C.
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Telephone: 408.998.4150
Facsimile: 408.288.5686

*Attorneys for Defendant*
*AIR SYSTEMS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>AIR SYSTEMS, INC.,<br>            Defendant. | Case No.:  5:19-cv-07574-LHK-NC<br><br>**[PROPOSED] ORDER ENTERING CONSENT DECREE** |

The Court, having considered the stipulated Consent Decree of the parties and finding the terms of the Consent Decree are fair and reasonable, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court.  As such, the provisions of the Consent

Decree are hereby approved in full settlement of this action and compliance with all provisions thereof is HEREBY ORDERED.  This lawsuit is hereby dismissed with prejudice and without costs or attorney's fees.  The Court hereby retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms.  The Clerk shall close the file.

**IT IS SO ORDERED**

Dated:  August _____, 2020

_____
THE HON. LUCY H. KOH
United States District Court Judge

Submitted by:

By: */s/ Roberta L. Steele*
    ROBERTA L. STEELE
    Regional Attorney

    MARCIA L. MITCHELL
    Supervisory Trial Attorney

    RAYMOND T. CHEUNG
    Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102

*Attorneys for Plaintiff EEOC*

SHARON FAST GUSTAFSON
General Counsel

ROBERT A. CANINO
Acting Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507


By: */s/ Elisa Nadeau*
    ELISA NADEAU
    JOSHUA KIENTZ
    ELIZABETH STONHAUS
    LITTLER MENDELSON. P.C.

*Attorneys for Defendant Air Systems, Inc.*