```
1   ROBERTA STEELE, SBN 188198 (CA)
    MARCIA L. MITCHELL, SBN 18122 (WA)
2   RAYMOND T. CHEUNG, SBN 176086 (CA)
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3   San Francisco District Office
    450 Golden Gate Ave., 5th Floor West
4   P.O. Box 36025
    San Francisco, CA  94102
5   Telephone No. (415) 522-3157
    Fax No. (415) 522-3425
6   raymond.cheung@eeoc.gov

7   Attorneys for Plaintiff EEOC

8
    JOSHUA KIENITZ, Bar No. 244903
9   JKienitz@littler.com
    ELISA NADEAU, Bar No. 199000
10  ENadeau@littler.com
    ELIZABETH STONHAUS, Bar No. 286615
11  EStonhaus@littler.com
    LITTLER MENDELSON. P.C.
12  50 West San Fernando Street, 7th Floor
    San Jose, CA 95113
13  Telephone: 408.998.4150
    Facsimile: 408.288.5686
14
    Attorneys for Defendant
15  AIR SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 5:19-cv-07574-LHK-NC |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER ENTERING CONSENT DECREE |
| AIR SYSTEMS, INC., | |
| Defendant. | |

The Court, having considered the stipulated Consent Decree of the parties and finding the terms of the Consent Decree are fair and reasonable, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court. As such, the provisions of the Consent

Decree are hereby approved in full settlement of this action and compliance with all provisions thereof is HEREBY ORDERED. This lawsuit is hereby dismissed with prejudice and without costs or attorney's fees. The Court hereby retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms. The Clerk shall close the file.

**IT IS SO ORDERED**

Dated: August 20, 2020

_____
THE HON. LUCY H. KOH
United States District Court Judge

Submitted by:

By: */s/ Roberta L. Steele*
   ROBERTA L. STEELE
   Regional Attorney

   MARCIA L. MITCHELL
   Supervisory Trial Attorney

   RAYMOND T. CHEUNG
   Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

*Attorneys for Plaintiff EEOC*

SHARON FAST GUSTAFSON
General Counsel

ROBERT A. CANINO
Acting Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507

By: */s/ Elisa Nadeau*
   ELISA NADEAU
   JOSHUA KIENTZ
   ELIZABETH STONHAUS
   LITTLER MENDELSON. P.C.

*Attorneys for Defendant Air Systems, Inc.*